**IACULLO MARTINO, LLC**
Attorneys at Law
247 Franklin Avenue
Nutley, New Jersey 07110
(973) 235-1550
*Attorneys for Defendant, Jihad Garrett*

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : UNITED STATES DISTRICT COURT |
| Plaintiff | : DISTRICT OF NEW JERSEY |
|  | : |
|  | : HON. WILLIAM WALLS, U.S.D.J. |
|  | : |
|  | : CRIMINAL NO.: 11-560 (WHW) |
| vs. | : |
|  | : |
| JIHAD GARRETT, | : **ORDER** |
| Defendant | : |

**THIS MATTER** having been opened to the Court by Iacullo Martino, LLC, by and through Anthony J. Iacullo, Esq., attorneys for defendant, Jihad Garrett, and on notice to the United States Attorney's Office by and through Robert Frazer Assistant United States Attorney, and the parties having consented to same, and good cause having been shown:

**IT IS** on this _11_ day of _January_, 2012

**ORDERED** that the defendant, Jihad Garrett, be transported to an appropriate medical facility for a thorough assessment of his medical needs to ameliorate his present medical condition; and it is further

1

**ORDERED** that the defendant, Jihad Garrett, shall immediately receive any required treatment for his condition at an appropriate facility, after such assessment is completed; and it is further

**ORDERED** that a copy of this Order be served upon all parties within ___7___ days of the date hereof.

_____
HON. WILLIAM H. WALLS, U.S.D.J.